IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

SEALED

v.

CASE NUMBER:

3:08cr22LAC

MICHAEL BERGER
    a/k/a "Box of Rocks,"
JAMES FREEMAN
    a/k/a "Mystikal,"
RUBLE KEYS
    a/k/a "Crazy Horse,"
GARY LAKEY
    a/k/a "Eggplant,"
MARVIN LAMBERT
    a/k/a "Methuselah,"
NEVILLE McGARITY
    a/k/a "Wraith,"
JOHN MOSMAN
    a/k/a "Pickleman,"
WARREN MUMPOWER
    a/k/a "Lizzard,"
RAYMOND ROY
    a/k/a "Nimo,"
ERIK WAYERSKI
    a/k/a "Lerch,"
WARREN WEBER
    a/k/a "Muad'Dib,"
and
RONALD WHITE
    a/k/a "RoadKill"
_____/

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

The United State of America requests this Court to issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The defendants have not been arrested as a result of the activities alleged in the indictment. The current whereabouts of the defendants are unknown and the public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendants to answer the charges.

2. The United States further moves the Court that the indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

WHEREFORE, in order to arrest the defendants before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

_____
DAVID L. GOLDBERG
Assistant United States Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850) 444-4000

## ORDER

The government's motion is granted.

DONE AND ORDERED this the 21st day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

3