FLN (Rev. 3/2007) Deficiency Order                                                                                Page 1 of 1
3:08cr22LAC - UNITED STATES OF AMERICA vs. GARY LAKEY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                      Case No.3:08cr22LAC

GARY LAKEY
_____

**ORDER**

Your document, **LETTER TO MAGISTRATE JUDGE DAVIS**, was referred to the undersigned with the following deficiencies:

    Your document is not properly captioned for this court.  Every paper you file must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service on your attorney and the United States Attorney.

    Pursuant to Local Rule 11.1(D), any party represented in a suit by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court.

For these reasons, IT IS ORDERED that:

1. The Clerk shall return the document to the filing party <u>and</u> send a copy to defense counsel.
2. Leave is hereby granted for defendant to file a pro se motion asking the court to appoint new counsel.  Granting leave means only that the motion, when filed, will be considered.  It will be granted or denied on its merits.
3. Counsel will respond to the motion within two days after it is filed.

DONE and ORDERED this 3rd day of April, 2008.

                                                        /s/ *Miles Davis*
                                                        MILES DAVIS
                                                        UNITED STATES MAGISTRATE JUDGE