# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS              CASE NO. 3:08cr22LAC

MICHAEL BERGER, JAMES FREEMAN,
and GARY LAKEY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   APRIL 14, 2008
Motion/Pleadings: MOTION TO CONSOLIDATE (to continue trial date to the June 2, 2008 trial date of another eleven codefts)
Filed by GOVERNMENT  on 4/14/08   Doc.# 153

RESPONSES:

             on      Doc.#
             on      Doc.#

_____ Stipulated   _____ Joint Pldg.
__x__ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of April, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.