**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                    CASE NO.  3:08cr22 LAC

GARY LAKEY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  November 17, 2008
Motion/Pleadings: MOTION TO SUPPRESS EVIDENCE
Filed by DEFENDANT  on 11/14/08  Doc.# 341

RESPONSES:
BY GOVERNMENT  on 11/21/08  Doc.# 374
_____  on _____  Doc.# _____

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)  Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of December, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) _____*

                                                    *s/L.A. Collier*
                                                    ***LACEY A. COLLIER***
                                *Senior United States District Judge*

```
Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.