**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                                      CASE NO.  3:08cr22LAC

GARY LAKEY

**REFERRAL AND ORDER**

Referred to Senior Judge Lacey A. Collier on:   January 13, 2009

Motion/Pleadings:   Motion For Judicial Notice
Filed by   Defendant               on 1/13/2009         Doc.#   458
RESPONSES:

                                               on                   Doc.#
                                               on                   Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          *s/Mary Maloy*
LC (1 OR 2)                          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of January, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                               *s/L.A. Collier*
                                           *LACEY A. COLLIER*
                             *Senior United States District Judge*