## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:08cr22LAC

GARY LAKEY

### REFERRAL AND ORDER

Referred to Senior Judge Lacey A. Collier on: __January 7, 2009__
Motion/Pleadings: __Motion in Limine__
Filed by __Defendant__ on __1/7/2009__ Doc.# __444__
RESPONSES:
                                      on _____ Doc.# _____
                                      on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed     ____ Consented

                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            *s/Mary Maloy*
LC (1 OR 2)                         Deputy Clerk: Mary Maloy

## ***ORDER***

*Upon consideration of the foregoing, it is ORDERED this 15th day of January, 2009, that:*

*(a) The relief requested is **DENIED.***

*(b) See trial record.*

                                                   *s/L.A. Collier*
                                                 ***LACEY A. COLLIER***
                             *Senior United States District Judge*