# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                      CASE NO. 3:08cr22 LAC

GARY LAKEY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __January 28, 2009__
Motion/Pleadings: __MOTION FOR NEW TRIAL__
Filed by __DEFENDANT__ on __1/26/09__ Doc.# __491__

RESPONSES:
__BY GOVERNMENT__ on __1/27/09__ Doc.# __497__
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of January, 2009, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.