**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:08cr22 LAC

JAMES FREEMAN, DANIEL CASTLEMAN, GARY LAKEY, MARVIN LAMBERT, NEVILLE MCGARITY, WARREN MUMPOWER, and RONALD WHTIE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    February 3, 2009
Motion/Pleadings: MOTION FOR AN ORDER DIRECTING THE COURT REPORTER TO FILE AND PROVIDE TO THE PARTIES SEALED NON-REDACTED TRANSCRIPTS (IF TRANSCRIPTS ARE ORDERED)
Filed by Government    on 2/3/09    Doc.# 506

RESPONSES:

                                                on              Doc.#
                                                on              Doc.#
\_\_\_ Stipulated    \_\_\_ Joint Pldg.
\_\_\_ Unopposed    \_\_\_ Consented

                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                *s/Mary Maloy*
LC (1 OR 2)                          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of February, 2009, that:*
*(a) The relief requested is **GRANTED**.*
*(b)* _____

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                                *s/L.A. Collier*
                                                ***LACEY A. COLLIER***
                                                *Senior United States District Judge*

Document No.