IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.          Case Nos.:   3:08cr22/LAC/EMT
                                         3:13cv502/LAC/EMT

GARY LAKEY

_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 31, 2016 (ECF No. 1199). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.       The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Vacate, Set Aside or Correct Sentence (ECF No. 1009) is **DENIED**.

3. A certificate of appealability is denied.

**DONE AND ORDERED** this 28th day of December, 2016.


         *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**